BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION | MDL No.: 3162 |

**DEFENDANT KROLL SETTLEMENT ADMINISTRATION LLC'S RESPONSE TO MOVANT'S MOTION FOR TRANSFER**

Pursuant to Rule 6.1 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, Kroll Settlement Administration LLC ("KSA") respectfully submits this Statement in Response to Plaintiffs' Tyler Baker and Lauren Wolf's ("Movants") Motion to Transfer and Centralize the Related Actions to the United States District Court for the Eastern District of Pennsylvania, or alternatively to the Southern District of New York, for Consolidated or Coordinated Pretrial Proceedings Pursuant to 28 U.S.C. § 1407, Dkt. No. 1 ("Transfer Motion").

Of the five cases proposed for transfer to the Panel, KSA is a defendant in only one of the related cases: *Nicole Rieger v. Epiq Systems, Inc.*, *JND Legal Administration, Kroll Settlement Administration LLC, Huntington National Bank, Western Alliance Bank, and Does 1-20*, Case No. 3:25-cv-04793, pending before the Honorable Jacqueline Scott Corley in the Northern District of California.

Accordingly, KSA takes no position as to the Transfer Motion's request for an MDL. However, to the extent the Panel is inclined to coordinate the cases into an MDL, KSA apprises the Panel that KSA is a Delaware limited liability company with headquarters in New York. Many of its relevant witnesses and documents are located in New York. In addition, to the extent any party requests centralization in Florida, KSA has no offices in Florida. Nor does KSA have any

1

employees or documents in Florida. Its lead counsel are all located in Illinois, not Florida, and Florida would be the least convenient jurisdiction of all the jurisdictions with cases currently pending.

Dated: September 5, 2025                    Respectfully submitted,

_____
Scott Ahmad SBN (6298958)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601-9703
Telephone: (312) 558-3197
Facsimile: (312) 558-5700
Sahmad@winston.com

*Counsel for Kroll Settlement Administration LLC*