IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF DISTRICT OF COLUMBIA

MDL No. 3162 – **IN RE: CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION**

CONSENT OF TRANSFEREE COURT

The United States District Court for the District of District of Columbia hereby consents to the assignment of the actions involved in the above-described litigation to the Honorable John D. Bates for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407.

In the event that reassignment of this litigation to another judge becomes necessary, such reassignment shall take place in accordance with Section 1407(b) and Panel Rule 2.1(e).

_____
Chief Judge
J. Boasberg

Date: 12/5/25

PLEASE **FAX** OR **EMAIL** THE SIGNED FORM TO:

Mr. James V. Ingold, Clerk of the Panel, Judicial Panel on Multidistrict Litigation @ **fax number 202-502-2888 or email address MDLPanelOrders@JPML.USCOURTS.GOV.**

**THIS ASSIGNMENT IS CONFIDENTIAL UNTIL THE ORDER OF TRANSFER IS FILED BY THE PANEL.**

**SHOULD REASSIGNMENT BECOME NECESSARY, PLEASE CONTACT THE PANEL EXECUTIVE, Josh R. Bullock, at 202-502-2800.**