**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: CLASS ACTION SETTLEMENT ADMINISTRATION LITIGATION | MDL No. 3162 |

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO –1)**

On December 12, 2025, the Panel transferred 5 civil action(s) to the United States District Court for the District of Columbia for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* __F.Supp.3d__ (J.P.M.L. 2025). Since that time, no additional action(s) have been transferred to the District of Columbia. With the consent of that court, all such actions have been assigned to the Honorable John D. Bates.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of Columbia and assigned to Judge Bates.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the District of Columbia for the reasons stated in the order of December 12, 2025, and, with the consent of that court, assigned to the Honorable John D. Bates.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of Columbia. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7–day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel

IN RE: CLASS ACTION SETTLEMENT
ADMINISTRATION LITIGATION                                              MDL No. 3162

### SCHEDULE CTO−1 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA NORTHERN** | | | |
| ALN | 2 | 25−01982 | Tennery v. Angeion Group LLC et al |
| ALN | 5 | 25−01936 | Dendy v. Angeion Group LLC et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 2 | 25−11142 | Mayra Duarte v. Angeion Group, LLC et al |
| **MISSOURI WESTERN** | | | |
| MOW | 4 | 25−00891 | Barrett v. Angeion Group LLC et al |
| **PENNSYLVANIA EASTERN** | | | |
| PAE | 5 | 25−06514 | BARCLAY v. ANGEION GROUP LLC et al |